TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Diana Eff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Diana Eff,<br><br>      Plaintiff,<br><br>  vs.<br><br>Collect Pros, LLC,<br><br>      Defendant. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>**FOR VIOLATIONS OF:**<br>  **1. THE FAIR DEBT COLLECTION**<br>  **PRACTICES ACT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, Diana Eff (hereafter "Plaintiff"), by undersigned counsel, brings the following complaint against Collect Pros, LLC (hereafter "Defendant") and alleges as follows:

## JURISDICTION

1. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district and/or where Defendant transacts business in this district.

## PARTIES

4. Plaintiff is an adult individual residing in Portland, Oregon, and is a "person" as defined by 47 U.S.C. § 153(39).

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant is a business entity located in Pacoima California, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

7. Defendant uses instrumentalities of interstate commerce or the mails in a business the principle purpose of which is the collection of debts and/or regularly collects or attempts to collect debts owed or asserted to be owed to another, and is a "debt collector" as defined by 15 U.S.C.§ 1692a(6).

## ALLEGATIONS APPLICABLE TO ALL COUNTS

8. Plaintiff is a natural person allegedly obligated to pay a debt asserted to be owed to a creditor other than Defendant.

9. Debtor's alleged obligation arises from a transaction in which property, services or money was acquired on credit primarily for personal, family or household purposes, and is a "debt" as defined by 15 U.S.C. § 1692a(5).

10. On or about January 13, 2016, Defendant mailed a letter to Plaintiff in an attempt to collect a debt.

11. Defendant's letter was enclosed in an envelope that provided a return address which read "From the office of Accounting, 12924 Pierce Street #101, Pacoima, CA 91331."

12. In addition, printed in bold type on the front of Defendant's envelope was the following language, "Immediate Reply Requested. This is NOT a solicitation."

13. Defendant's use of the words "From the office of Accounting" is misleading and deceitful.

14. Upon opening the envelope, Plaintiff discovered that the letter was not generated by an accounting department at all, but was, in fact, generated by Defendant, a business specializing in the collection of debts.

15. In fact, nothing in the body of Defendant's letter invites Plaintiff to correspond with any specific "accounting" department within Defendant's business,

3

COMPLAINT FOR DAMAGES

and instead invites Plaintiff to send money to "COLLECT PROS, PO Box 4133, Woburn, MA 01888-4133."

16. Furthermore, the use of the words "Immediate Reply Requested.  This is NOT a solicitation" is clearly violates 15 U.S.C. § 1692f(8), which proscribes the use of "any language or symbol, other than the debt collector's address, on any envelope when communicating with a consumer by use of the mails."

17. Defendant's actions caused Plaintiff to experience a significant degree of confusion and frustration, entitling Plaintiff to recover for actual damages pursuant to the 15 U.S.C. § 1692k(a)(1).

## COUNT I

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.*

18. Plaintiff incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

19. The FDCPA was passed in order to protect consumers from the use of abusive, deceptive and unfair debt collection practices and in order to eliminate such practices.

20. Defendant attempted to collect a debt from Plaintiff and engaged in "communications" as defined by 15 U.S.C. § 1692a(2).

4

COMPLAINT FOR DAMAGES

21. Defendant used language on an envelope indicating that the communication related to the collection of a debt, in violation of 15 U.S.C. § 1692b(5).

22. Defendant used false, deceptive, or misleading representations or means in connection with the collection of a debt, in violation of 15 U.S.C. § 1692e.

23. Defendant used false representations or deceptive means to collect or attempt to collect a debt or obtain information concerning the Plaintiff, in violation of 15 U.S.C.§ 1692e(10).

24. Defendant used unfair and unconscionable means to collect a debt, in violation of 15 U.S.C. § 1692f.

25. Defendant used language, other than the debt collector's address, on an envelope when communicating with Plaintiff by use of the mails, in violation of 15 U.S.C. § 1692f(8).

26. The foregoing acts and/or omissions of Defendant constitute multiple violations of the FDCPA, including every one of the above-cited provisions.

27. Plaintiff was harmed and is entitled to damages as a result of Defendant's violations.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant for:

A. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

B. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A);

    C. Costs of litigation and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3);

    D. Punitive damages; and

    E. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

DATED: July 28, 2016          TRINETTE G. KENT

By: _/s/  Trinette G. Kent_
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Diana Eff

COMPLAINT FOR DAMAGES