1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Diana Eff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Diana Eff,

          Plaintiff,

    vs.

Collect Pros, LLC,

          Defendant.

Case No.: 2:16-cv-05615-RSWL-SS

**NOTICE OF SETTLEMENT**

1  **NOTICE OF SETTLEMENT**

2
3          NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

4  reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of

5  Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R.

6
7  Civ. P. 41(a) within 60 days.

8          The parties hereby further request that this honorable Court provide a period of

9  60 days within which to complete the settlement and file a dismissal of the action.

10

11

12                                              By:   */s/   Trinette G. Kent*

13                                              Trinette G. Kent, Esq.
                                                Lemberg Law, LLC

14                                              Attorney for Plaintiff, Diana Eff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On September 2, 2016, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on September 2, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants Collect Pros, LLC** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 2, 2016.

3

1

2       By:___*/s/   Trinette G. Kent*___
        Trinette G. Kent, Esq.
3       Lemberg Law, LLC
        Attorney for Plaintiff, Diana Eff
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4